**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LAURO OLEGARIO VALENCIA-RIVAS (1),<br>JOSE PEDRO DIAZ ESTRADA (2),<br><br>              Defendants. | Case No. **25-cr-03967-AGS**<br>          25MJ5146<br><br>**INFORMATION**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i)<br>- Bringing In Certain Aliens<br>Other Than A Designated Port<br>of Entry (Felony);<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) –<br>Bringing in Aliens for<br>Financial Gain (Felony) and<br>Title 18, U.S.C., Sec. 2 –<br>Aiding and Abetting;<br>Title 8, U.S.C., Sec.<br>1325(a)(1) - Improper Entry<br>by an Alien (Misdemeanor);<br>Title 8, U.S.C., Sec.<br>1326(a)- Removed Alien Found<br>in the United States<br>(Felony) |

The United States Attorney charges:

Counts 1- 3

On or about September 18, 2025, within the Southern District of California, defendant, LAURO OLEGARIO VALENCIA-RIVAS, with the intent to violate the immigration laws of the United States, did bring to the United States the aliens below, knowing that said persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security;

TJB:lml:10/6/2025

Count     Name

  1       Jeremias Gutierrez Alvaro

  2       Eliezer Gomez-Guzman

  3       Abraham Perez Perez

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

Counts 4 - 6

On or about September 18, 2025, within the Southern District of California, defendant, LAURO OLEGARIO VALENCIA-RIVAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

Count     Name

  4       Jeremias Gutierrez Alvaro

  5       Eliezer Gomez-Guzman

  6       Abraham Perez Perez

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

Count 7

On or about September 18, 2025, within the Southern District of California, defendant JOSE PEDRO DIAZ ESTRADA, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers; in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

//

//

//

2

Count 8

On or about September 18, 2025, within the Southern District of California, defendant JOSE PEDRO DIAZ ESTRADA, an alien, who previously had been excluded, deported, and removed from the United States, was found in the United States without the Attorney General of the United States and her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: __10/7/2025_____ .

ADAM GORDON
United States Attorney

*Tyler J. Bramlet*

TYLER J. BRAMLET
Assistant U.S. Attorney

3